UNITED STATES of America, Plaintiff—Appellee,

v.

Walter Louis INGRAM, Defendant—Appellant.

No. 06–6273.

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2006.

Decided: April 26, 2006.

Walter Louis Ingram, Appellant Pro Se.

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Louis Ingram appeals a district court's order denying his motion for resentencing and to correct erroneous information in the presentence investigation report. The district court was without jurisdiction to do either. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before the court and argument would not aid the decisional process.

*AFFIRMED.*